UNITED STATES DISTRICT COURT
IN THE DISTRICT OF IDAHO

| | |
|---|---|
| TARA JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>EASTERN IDAHO HEALTH SERVICES, INC., and Idaho corporation doing business as EASTERN IDAHO REGIONAL MEDICAL CENTER,<br><br>        Defendant. | Case No. 4:19-cv-00199-WGY<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation to Dismiss with Prejudice (Dkt. 23) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Complaint against Defendant and all claims therein are **DISMISSED WITH PREJUDICE**. All parties to bear their own attorney's fees and costs.

SO ORDERED.

                                                                  /s/ William G. Young
                                                            United States District Judge

August 24, 2020